IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 1:12 cr 333 |
| | ) | |
| vs. | ) | 21 USC § 846 |
| | ) | 21 USC § 841(a)(1) |
| **TERRANCE LAMAR WIGGINS** | ) | 21 USC § 841(b)(1)(A) |
| a/k/a T-Wig | ) | 21 USC § 841(b)(1)(C) |
| a/k/a Barnwell | ) | 18 USC § 922(g) |
| | ) | 18 USC § 924(a)(2) |
| | ) | 18 USC § 924(c)(1) |
| | ) | 18 USC § 924(d) |
| | ) | 18 USC § 924(e) |
| | ) | 21 USC § 853 |
| | ) | 21 USC § 881 |
| | ) | 28 USC § 2461(c) |
| | ) | |
| | ) | INDICTMENT |

## COUNT 1

THE GRAND JURY CHARGES:

That beginning at a time unknown to the grand jury, but beginning at least in or around 2005, and continuing thereafter, up to and including the date of this Indictment, in the District of South Carolina, the defendant, **TERRANCE LAMAR WIGGINS, a/k/a T-Wig, a/k/a Barnwell,** knowingly and intentionally did combine, conspire and agree with others, both known and unknown to the grand jury, to knowingly, intentionally and unlawfully possess with intent to distribute and distribute cocaine, a Schedule II controlled substance, said conspiracy involving 5 kilograms or more of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A);

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That on or about March 28, 2012, in the District of South Carolina, the defendant, **TERRANCE LAMAR WIGGINS, a/k/a T-Wig, a/k/a Barnwell**, knowingly, intentionally, and unlawfully did possess with intent to distribute a quantity of cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

THE GRAND JURY FURTHER CHARGES:

That on or about March 28, 2012, in the District of South Carolina, the defendant, **TERRANCE LAMAR WIGGINS, a/k/a T-Wig, a/k/a Barnwell**, knowingly did possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States;

In violation of Title 18, United States Code, Section 924(c)(1).

## COUNT 4

That on or about March 28, 2012, in the District of South Carolina, the defendant, **TERRANCE LAMAR WIGGINS, a/k/a T-Wig, a/k/a Barnwell**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce firearms and ammunition, to wit, a Norinco SKS rifle, 7.62 x 39 mm; Glock 30, .45ACP caliber semi-automatic pistol; Remington 870 pump, 12-gauge shotgun; a Remington 552, .22 LR rifle; and ammunition, all of which had been shipped and transported in interstate commerce,

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

## FORFEITURE

1. <u>DRUG OFFENSES</u>:

Upon conviction for felony violations of Title 18 and 21, United States Code as charged in this Indictment, the defendant, **TERRANCE LAMAR WIGGINS, a/k/a T-Wig, a/k/a Barnwell** shall forfeit to the United States all of the defendant's right, title and interest in and to any property, real and personal,

- (a) constituting, or derived from any proceeds the defendant obtained, directly or indirectly, as the result of such violation(s) of Title 21, United States Code, and all property traceable to such property;

- (b) used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations of Title 21, United States Code;

- (c) any firearms and ammunition (as defined in 18 U.S.C. § 921) -

    - (1) used or intended to be used to facilitate the transportation, sale, receipt, possession or concealment of controlled substances or any proceeds traceable to such property;

    - (2) involved in or used in any knowing violations of 18 U.S.C. §§922 and 924, or violation of any other criminal law of the United States, or intended to be used in a crime of violence;

2. <u>PROPERTY</u>:

Pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Sections 853(a)(1), 853(a)(2), and 881(6), and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the defendant for offenses charged in this Indictment includes, but is not limited to, the following:

4

A.  <u>Proceeds/Money Judgment</u>:

   (1) A sum of money equal to all property the defendant obtained as a result of the drug offenses charged in the Indictment, that is a minimum of $5,000,000 in United States currency, and all interest and proceeds traceable thereto;

B.  <u>Real Property</u>:

   (1) 248 White Oak Drive
       Barnwell, South Carolina
       Titled in the name of Tamara M. Anderson
       Tax Map No. 092-00-00-037

       ALL that certain lot of land containing 1.56 acres, situate approximately one mile South of the city limits of the City of Barnwell, Barnwell School District, County of Barnwell, State of South Carolina, and being shown and delineated on an individual plat prepared for Joyce Holloway Foust by Terry L. Ray, R.L.S., dated July 30, 1987, and recorded in Plat Book 2-C, at Page 22, in the office of the Clerk of Court for Barnwell County, and is bounded and measures, as shown on the aforesaid individual plat, as follows: North by lands of Frances Duncan and measuring thereon 179.30 feet; East by lands of Iola G. Priester and measuring thereon 370.74 feet; South by lands of Willie Duncan and measuring thereon 190.80 feet; and West by lands of Wayne Rutherford and measuring thereon 363.93 feet.

       BEING the same premises conveyed to Joyce Holloway Foust by deed of Iola G. Priester dated August 5, 1987, and recorded August 6, 1987, in Book 67, at Page 208, in the office of the Clerk of Court for Barnwell County.

C.  <u>U.S. Cash/Currency</u>:

   (1) $634,257.00 US Currency seized on March 28, 2012;

D.  <u>Vehicles</u>:

   (1) 2010 Chevrolet Camaro SS, Vin: 2G1FK1EJ3A9182062, Registered to: Terrance Wiggins;
   (2) 2009 Land Rover - Range Rover, Vin: SALSH23459A203039

5

    (3) Registered to: Shane Burroughs;
    (4) 1996 Chevrolet Pickup, Vin: 2GCEK19R0T1120249
      Registered to: Terrance Wiggins;
    (5) 1996 Chevrolet Caprice, Vin: 1G1BL52P5TR153229
      Registered to: Frances Brown;
    (6) 1963 Chevrolet Impala, Vin: 31739J264208
      Registered to: Frances Brown;
    (7) 2011 Suzuki VZR1800L1, Vin: JS1VY53A0B2101329
      Registered to: Cawarren Rodriquez Jenkins;
    (8) 2006 Suzuki M109, Vin: JS1VY53A762103231
      Registered to: Edwin Jerode Wiggins;
    (9) 2005 Suzuki GSX-R1000K5, Vin: JS1GT76A552103015
      Registered to: Terrance Wiggins;
    (10) 2011 Covered Wagon Trailer, model CW8.5x24TA3 SN: 53FBE2428BE003746, Registered to: Terrance Wiggins;
    (10) EZ Go Textron Golf Cart (gas powered with a stereo system) SN: 245166;

  E. <u>Jewelry:</u>

    (1) Miscellaneous jewelry seized on March 28, 2012;

  F. <u>Firearms/Ammunition:</u>

    (1) Norinco model SKS 7.62 caliber SN: 25009196;
    (2) Remington model 870 12 guage SN: AB142049M;
    (3) Remington model 522 22 caliber no SN;
    (4) Glock model 30 45 caliber handgun SN: FTV898;
    (5) New England Firearms Co. Model R73 32 caliber SN: ND006232;
    (6) Ruger model LCP 380 caliber SN: 374-94620;
    (7) Miscellaneous ammunition.

  3. <u>SUBSTITUTION OF ASSETS:</u>

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

  (a) cannot be located upon the exercise of due diligence;
  (b) has been transferred or sold to, or deposited with, a third person;
  (c) has been placed beyond the jurisdiction of the Court;
  (d) has been substantially diminished in value; or

6

(e)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of defendant up to an amount equivalent to the value of the above-described forfeitable property;

Pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c).

A TRUE Bill

Redacted

FOREPERSON

WILLIAM N. NETTLES (jnr)
UNITED STATES ATTORNEY

7