IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:12-0333 |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF ENHANCED PENALTY** |
| TERRANCE LAMAR WIGGINS | ) | |
|    a/k/a T-Wig | ) | |
|    a/k/a Barnwell | | |

The United States of America by and through its undersigned Assistant United States Attorney, files this Notice of Enhanced Penalty thereby notifying the defendant, **TERRANCE LAMAR WIGGINS,** a/k/a T-Wig, a/k/a Barnwell, that he is subject to increased penalties pursuant to Title 21, United States Code, Section 851, based upon the following convictions:

   a.   Conspiracy: Barnwell County General Sessions Court; Docket No. 2006-GS-06-0214; Offense Date: 04/05/2003; Conviction Date: 02/26/2007.

The Government reserves the right to amend this Information.

                                             WILLIAM N. NETTLES
                                             UNITED STATES ATTORNEY

                                             By: s/Julius N. Richardson
                                             JULIUS N. RICHARDSON (ID #9823)
                                             Assistant United States Attorney
                                             1441 Main Street, Suite 500
                                             Columbia, South Carolina 29201
                                             (803) 929-3000

Columbia, South Carolina
April 18, 2012